# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAIWAN M. DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>LT. CRANMER, OFFICER PHILLIPS, and OFFICER ROSS<br><br>    Defendants. | Case No. 3:18-cv-00519-JPG-MAB |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants.

DATED:  July 15, 2019

                                          **MARGARET M. ROBERTIE,**
                                          Clerk of Court

                                          BY:  s/Tina Gray
                                                        **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**